United States District Court
Southern District of Texas
**ENTERED**
July 30, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **HOOVER MATERIALS HANDLING GROUP, INC.** | § § § | **Civil Action No. 4:19-cv-01798** |
| *Plaintiff*, | § § | |
| v. | § § | |
| **PDVSA SERVICES INC. and BARIVEN S.A.** | § § § | **Judge Charles Eskridge** |
| *Defendants*. | § § | |

## ORDER

On this day came to be considered Defendant Bariven S.A's Unopposed Motion to Stay. This Court, having considered the briefing and arguments of the parties, concludes the Unopposed Motion to Stay should be granted, subject to the exceptions that (1) Plaintiff will continue to be allowed to seek to effect service on Bariven and (2) Plaintiff can sell the remaining catalyst in the 137 bins at issue in this dispute to a third party recycler, subject to Plaintiff's agreement to disclose the terms of such sale to Defendants in advance of the sale. This matter is hereby stayed for 120 days. Bariven must file a status report on November 30, 2021 with request either to lift or extend the stay.

SO ORDERED.

Signed on ____July 30, 2021____, at Houston, Texas.



Hon. Charles Eskridge
United States District Judge